IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MARK W STEINBRECHER | ) | NO.: 17-35552 |
| dba STATE FARM AGENCY, | ) | |
| JUDITH SCOTT STEINBRECHER, | ) | CHAPTER 7 |
| | ) | |
| Debtors, | ) | JUDGE: PAMELA S. HOLLIS |
| | ) | (Joliet) |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON January 12, 2018 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 150 West Jefferson Street, 2nd Fl, Joliet, Illinois 60432, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 15, 2017, with proper postage prepaid.

McCalla Raymer Leibert
Pierce, LLC

Toni  Townsend
*/s/Toni  Townsend*
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. CENTX-17-05541

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Zane Zielinski
Zane Zielinski P.C.
6336 North Cicero, Suite 201
Chicago, IL 60646


To Debtor:
Mark W Steinbrecher  *Served via U.S. Mail*
Judith Scott Steinbrecher
4836 SEBASTIAN CT
Naperville, IL 60564


To Attorney:  *by Electronic Notice through ECF*
Joseph C. Michelotti
Michelotti & Associates Ltd
2625 Butterfield
Suite 138S
Oakbrook, IL 60523


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. CENTX-17-05541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| MARK W STEINBRECHER ) | NO.: 17-35552 |
| dba STATE FARM AGENCY, ) | |
| JUDITH SCOTT STEINBRECHER, ) | CHAPTER 7 |
| ) | |
| Debtors, ) | JUDGE: PAMELA S. HOLLIS |
| ) | |
| ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 4836 Sebastian Crt, Naperville, Illinois 60564 be Modified stating as follows:

1. On November 30, 2017, the above captioned Chapter 7 was filed.

2. U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper services the first mortgage lien on the property located at 4836 Sebastian Crt, Naperville, Illinois 60564.

3. The debt is based on a January 14, 2003, Mortgage and Note in the original sum of $500,000.00.

4. As of December 7, 2017 the funds necessary to pay off U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper on the above captioned account were approximately $777,319.27. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. Per Zillow, the fair market value of said property is $647,396.00.

5. The account is currently due and owing to U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper for the August 2013 current mortgage payment and those thereafter, plus reasonable attorney fees and costs.

6. The Debtors have no equity in the property located at 4836 Sebastian Crt, Naperville, Illinois 60564 for the benefit of unsecured creditors.

7. U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper continues to be injured each day it remains bound by the Automatic Stay.

8. U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper is not adequately protected.

9. The property located at 4836 Sebastian Crt, Naperville, Illinois 60564 is not necessary for the Debtors' reorganization.

10. U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and such other relief as this Court deems just.

                U.S. Bank National Association, as trustee
of the NRZ Pass-Through Trust V
FHA/VA/RHS: Nationstar Mortgage LLC
d/b/a Mr. Cooper


McCalla Raymer Leibert Pierce, LLC

By:    /s/Toni Townsend
Toni Townsend
Illinois Bar No. 6289370
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com