```
LAURIE MCPHILLIPS  3P  R 2007155323
Will County Recorder      Page 1 of 3

PAW Date 10/22/2007    Time 10:38:48
Recording Fees:                  24.75
IL Rental Hsng Support Prog:     10.00
```

## ASSIGNMENT OF MORTGAGE

That, Option One Mortgage Corporation ( Assignor ), for and in consideration of the sum of ten and no/100s ($10.00) dollars, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell, transfer, assign, and convey to Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2003-2, Asset-Backed Certificates, Series 2003-2, its successors and/or assigns, without recourse, as assignee, that certain mortgage bearing date of 1/14/2003 made by Mark W. Steinbrecher, and Judith Scott Steinbrecher, in favor of Option One Mortgage Corporation, recorded on 2/19/2003 as document 2003036199 in Will County, Illinois, upon the following described parcel of land, together with all improvements, betterments and fixtures thereon, situated in said County and State, to wit:

LEGAL DESCRIPTION:   See legal description attached Exhibit A

PIN #:

Commonly known as: 4836 Sebastian Ct., Naperville, IL. 60564

Together with all of Assignor s right, title and interest in the promissory note, credit agreement or obligation secured by said mortgage, and the moneys due and to become due thereon.

IN WITNESS WHEREOF, Assignor has executed and delivered this Assignment of Mortgage as of the date first above written.

This document prepared by
and after recording return to:

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

R2017053937
KAREN A. STUKEL
WILL COUNTY RECORDER
RECORDED ON
07/12/2017 2:58:13 PM
REC FEE: 38.75
IL RENTAL HSNG: 9.00
PAGES: 2
MSB

## CORPORATE ASSIGNMENT OF MORTGAGE

Will, Illinois

"STEINBRECHER"

Assignor: Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2003-2, Asset-Backed Certificates, Series 2003-2 at c/o Ocwen Loan Servicing, LLC at 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Assignee: U.S. BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST V at 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107

Executed By: MARK W STEINBRECHER, JUDITH SCOTT STEINBRECHER  To: OPTION ONE MORTGAGE CORPORATION
Date of Mortgage: 01/14/2003 Recorded: 02/19/2003 as Instrument No.: R 2003036199 In the County of Will, State of Illinois.

Assessor's/Tax ID No.

Property Address: 4836 SEBASTIAN CRT, NAPERVILLE, IL 60564-6170

Legal: LOT 419 IN RIVER RUN UNIT 5, BEING A SUBDIVISION IN PART OF SECTION 14, TOWNSHIP 37 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 21, 1996, AS DOCUMENT NO. R96-94475, IN WILL COUNTY, ILLINOIS.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $500,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

Wells Fargo Bank, National Association, Successor by Merger to Wells Fargo Bank Minnesota, National Association, not in its individual or Banking Capacity, but Solely as Trustee for Option One Mortgage Loan Trust 2003-2, Asset-Backed Certificates, Series 2003-2 By its attorney in fact Ocwen Loan Servicing, LLC
On  JUL 0 6 2017

By: *[signature]*
Tricia Wiggan, Servicing Operations Specialist

STATE OF FLORIDA
COUNTY OF PALM BEACH

On  JUL 0 6 2017, before me, Brittany M. Harris, a Notary Public in and for PALM BEACH in the State of FLORIDA, personally appeared Tricia Wiggan, Servicing Operations Specialist , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
Brittany M. Harris
Notary Expires: SEP 1 8 2020

Notary Public State of Florida
Brittany M Harris
My Commission GG 031112
Expires 09/18/2020

(This area for notarial seal)

Prepared By: John Joseph Garcia, OCWEN LOAN SERVICING, LLC 240 TECHNOLOGY DRIVE, IDAHO FALLS, ID 83401
800-746-2936

When recorded mail to: MPG
Equity Loan Services, Inc.
Loss Mitigation Title Services- LMTS
1100 Superior Ave., Ste 20
Cleveland, OH 44114
Attn: National Recordings

R2008077224
200806180077224
Receipt # T20080063823
LAURIE MCPHILLIPS   Will County Recorder   5P
DT      Date 06/18/2008          Time 09:25:02
Recording Fees:                          $25.75
IL Rental Hsng. Support Program:         $10.00

Tax Parcel No.:

_____ This Line for Recording Data] _____

## LOAN MODIFICATION AGREEMENT
(Providing for Fixed Interest Rate)

**Original Recorded Date: FEBRUARY 19, 2003**

This Loan Modification Agreement ("Agreement"), made this 7TH day of APRIL, 2008 between MARK W. STEINBRECHER AND JUDITH SCOTT STEINBRECHER

("Borrower") and **OPTION ONE MORTGAGE CORPORATION**

("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), and Timely Payment Rewards Rider, if any, dated JANUARY 14, 2003   and recorded in **Instrument No. R2003036199**      , of the **Official**                       Records of
                                                        [Name of Records]
**WILL COUNTY, ILLINOIS**                        and (2) the Note, bearing the same date as,
    [County and State, or other Jurisdiction]
and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**4836 SEBASTIAN CT, NAPERVILLE, ILLINOIS 60564**
                [Property Address]

the real property described being set forth as follows:

**LOT 419 IN RIVER RUN UNIT 5, BEING A SUBDIVISION IN PART OF SECTION 14, TOWNSHIP 37 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 21, 1996, AS DOCUMENT NO. R-96-094475, IN WILL COUNTY, ILLINOIS.**

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument    Form 3179  1/01 (rev. 8/01)
FAND# 3179STEP Rev 05-31-06                                                     (page 1 of 5)



In consideration of the mutual promises and agreements exchanged, the parti as follows (notwithstanding anything to the contrary contained in the Note and Security Instrument):

1. As of **MAY 1, 2008**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $ 583,177.51, consisting of the amount(s) loaned to Borrower by Lender and any interest capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance for the first year at the yearly rate of **10.875000** %, from **MAY 1, 2008**, and Borrower promises to pay in monthly payments of principal and interest, the amount of $ 5,674.31 beginning on **JUNE 1, 2008**. During the *second* year of the loan term, interest will be charged at the yearly rate of **11.875000** % from **MAY 1, 2009**, and Borrower shall pay monthly payments of principal and interest in the amount of $ 6,090.40 beginning on **JUNE 1, 2009**. During the *third* year of the loan term and continuing thereafter until the Maturity date (as hereinafter defined), interest will be charged at the yearly rate of **12.875000** %, from **MAY 1, 2010**, and Borrower shall pay monthly payments of principal and interest in the amount of $ 6,507.55 beginning on **JUNE 1, 2010** and shall continue the monthly payments thereafter on the same day of each succeeding month until principal and interest are paid in full. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may be entitled. If on **FEBRUARY 01, 2033**, (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

    Borrower will make such payments at **6501 IRVINE CENTER DRIVE IRVINE, CALIFORNIA 92618** or at such other place as Lender may require.

3. If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and

paragraph A.1. of the Timely Payment Rewards Rider. By e███████,
Borrower waives any Timely Payment Rewards rate reduction to which Borrower may
have otherwise been entitled; and

(b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. If the Borrower has, since inception of this loan but prior to this Agreement, received a discharge in a Chapter 7 bankruptcy, and there having been no valid reaffirmation of the underlying debt, by entering into this Agreement, the Lender is not attempting to re-establish any personal liability for the underlying debt.

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

[Signature Pages Follow]

OPTION ONE MORTGAGE CORPORATION

By: _____[signature]_____                                    -Lender
      JAMES DAVIS, VICE PRESIDENT

_____[signature]_____                                        -Borrower
MARK W. STEINBRECHER

_____[signature]_____                                        -Borrower
JUDITH SCOTT STEINBRECHER

_____                                            -Borrower

_____                                            -Borrower

_____                                            -Borrower

_____                                            -Borrower

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument    Form 3179   1/01 (rev. 8/01)
FAND# 3179STEP-4 Rev. 05-31-06                                                          (page 4 of 5)

[Space Below This Line for Acknowledgments]

STATE OF Illinois )    COUNTY OF Dupage

The foregoing instrument was acknowledged before me this 17TH day of April 2008 by Mark W. Steinbrecher and Judith Scott Steinbrecher

Signature of Person Taking Acknowledgment  Cheryl Gadzinski
Printed Name  Cheryl Gadzinski
Title or Rank  Notary  6-21-2011
Serial Number, if any

OFFICIAL SEAL
CHERYL GADZINSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-21-2011

**LENDER ACKNOWLEDGMENT**

STATE OF Florida    COUNTY OF Duval

The foregoing instrument was acknowledged before me this April 30, 2008 by James Davis, the Vice President of Option One Mortgage a Corporation, on behalf of said entity.

Signature of Person Taking Acknowledgment  Janice M Cassidy
Printed Name  Janice M Cassidy
Title or Rank
Serial Number, if any

JANICE M. CASSIDY
Comm# DD0651944
Expires 3/18/2011
Florida Notary Assn., Inc

STEINBRECHER    IL
37818043
FIRST AMERICAN ELS
MODIFICATION AGREEMENT

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument    Form 3179  1/01 (rev. 8/01)
FALPS# 3179STEP-5 Rev 04-04-08                                                  (page 5 of 5)