UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | ) BK No.: 17-35552 |
| | ) |
| MARK W STEINBRECHER | ) Chapter: 7 |
| dba STATE FARM AGENCY, | ) |
| JUDITH SCOTT STEINBRECHER, | ) Honorable Pamela S. Hollis |
| | ) |
| | ) Joliet |
| Debtor(s) | ) |
| | ) Adv. No.: |
| | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

**ORDER MODIFYING STAY**

   This cause coming to be heard on the Motion of U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust V FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 4836 Sebastian Crt, Naperville, Illinois 60564.

   Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

   Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: January 12, 2018

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088

File #: CENTX-17-05541